# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Arianne Cox,<br><br>    Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.,<br><br>    Defendant. | Case No. 3:08-cv-02106-JZ<br><br><br><br><br><br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                      RESPECTFULLY SUBMITTED,

                      Macey & Aleman, P.C.

                      By: */s/ Jeffrey S. Hyslip*
                          Jeffrey S. Hyslip
                          Attorney for Plaintiff
                          The Sears Tower
                          Suite 5150
                          Chicago, IL 60606
                          Telephone: 1.866.339.1156
                          Jsh@legalhelpers.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 8, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Jeffrey C. Turner
Kettering Tower
40 North Main Street, Suite 1610
Dayton, Ohio 45423
*Attorney for Defendant*

*/s/ Jeffrey Hyslip*